DAVID J. MATTINGLY, Esq. (SBN118174)
AARON P. MINNIS, Esq. (SBN202935)
Mattingly & Minnis LLP
368 Hayes Street
San Francisco, California 94102
T: (415) 551-0882
F: (415) 551-0889
E: mattinglylawoffice.com

Attorneys for Plaintiff
KEVIN DOGEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DOGEN,<br><br>        Plaintiff,<br><br>vs.<br><br>GLOBALWARE SOLUTIONS, INC., and Does 1 through 20.<br><br>        Defendants. | CASE NO.: C 06 0797 MHP<br><br>[Proposed] Order Re Preservation of Evidence<br><br><br>Complaint Filed: January 3, 2006<br>Removed: February 6, 2006 |

[Proposed] Order re Preservation of Evidence

A case management conference was held on June 12, 2006 at 3:00 p.m. in Courtroom 15, before the Honorable Marilyn Hall Patel. Aaron P. Minnis, Esq. of Mattingly & Minnis LLP, appeared on behalf of the plaintiff Kevin Dogen. Kevin M. (Casey) Christensen, Esq. of Bullivant Houser Bailey PC, appeared on behalf of the defendant GlobalWare Solutions, Inc.

Following the case management conference, IT IS HEREBY ORDERED that:

The parties, their related entities and/or subsidiaries, shall preserve all evidence from October 1, 2002 through final resolution of this action, that is related to the subject matter involved in this action, including the claim(s) or defense(s) of any party, and shall take adequate measures to preclude any destruction and/or despoliation of such evidence. For purposes of this order, "evidence" shall be construed broadly in accordance with FRCP 26(b)(1) to include all information that appears reasonably calculated to lead to the discovery of admissible evidence, whether maintained in paper form, in the form of digital and/or analog based electronic data or otherwise accessible through any means such as computer hardware, software, storage, disc drive and/or memory storage and retention, hard disk, floppy disk, CD-ROM, magnetic tapes, network storage, intranet and internet data, metadata, electronic mail, Intranet mail, Internet communications, LAN (Local Area Network), remote LAN access, Wide Area Network (WAN), personal data assistants (PDA) such as Blackberry, project management software, personal information management (PIM) software, e-mail and any other electronic means of communication and its subsequent storage and/or retention.

IT IS SO ORDERED.

Dated: June 20, 2006

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel

*(Seal: United States District Court, Northern District of California)*

Approved as to form:

*[signature]* 6/16/06

Kevin M. (Casey) Christensen, Esq.
Bullivant Houser Bailey PC

Attorneys for Defendant
GlobalWare Solutions, Inc.