1  Kevin M. (Casey) Christensen, SBN 168119
   E-mail: casey.christensen@bullivant.com
2  Joye Blanscett, SBN 191242
   E-mail: joye.blanscett@bullivant.com
3  BULLIVANT HOUSER BAILEY PC
   601 California Street, Suite 1800
4  San Francisco, California 94108
   Telephone: 415.352.2700
5  Facsimile: 415.352.2701

6  Attorneys for Defendant
   GlobalWare Solutions, Inc.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 KEVIN DOGEN,                          Case No.: C 06 0797 MHP

12              Plaintiff,               **STIPULATION OF THE PARTIES
                                         REQUESTING DISMISSAL AND**
13      vs.                              ~~(PROPOSED)~~ **ORDER**

14 GLOBALWARE SOLUTIONS, INC., and
   Does 1 through 20,
15
                Defendants.
16

1  This action having been settled between the parties, the parties hereby stipulate that it
2  may be dismissed with prejudice in its entirety, each party to bear its own attorneys fees and
3  costs.

4  SO STIPULATED.

5  DATED: 12/15/06                                    MATTINGLY & MINNIS

                                                     By _____
                                                        Aaron Minnis

                                                     Attorneys for Plaintiff
                                                     Kevin Dogen

DATED: 12/18/06                                      BULLIVANT HOUSER BAILEY PC

                                                     By _____
                                                        Kevin M. (Casey) Christensen
                                                        Joye Blanscett

                                                     Attorneys for Defendant
                                                     Globalware Solutions, Inc.

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED:  1/2/07

                                                     _____
                                                     Hon. Marilyn Hall Patel
                                                     United States District Judge

6074111.1

— 2 —

STIPULATION RE DISMISSAL: Case No.: C 06 0797 MHP